_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 24, 2025**

_____

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                         CHAPTER 13 PROCEEDING
   JEFFREY MANTREL PAYTON                      22-50997 KMS
   MIGONNA VICTORIA PAYTON
   8 Village Park Dr.                                     SSN:  XXX-XX-4408
   Laurel, MS  39443

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

   TEMCO
   ATTN:  PAYROLL DEPT
   80 INTERNATIONAL DRIVE
   GREENVILLE, SC  29615

was required to pay debtor's earnings or a portion thereof to:

   DAVID RAWLINGS, TRUSTEE
   LOCK P.O. BOX 871
   HATTIESBURG, MS  39403
   (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net