| Fill in this information to identify the case: |
|---|
| Debtor 1  Jeffrey Mantrel Payton |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: Southern District of Mississippi |
| Case number  22-50997 |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Trustmark Bank     **Court claim no. (if known):** 8

**Last 4 digits** of any number you use to identify the debtor's account:   3 1 5 5

**Date of payment change:**
Must be at least 21 days after date of this notice     09/01/2025

**New total payment:**
Principal, interest, and escrow, if any     $ 1,334.69

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ 494.21     New escrow payment:  $ 605.82

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1     Notice of Mortgage Payment Change     page 1

| Debtor 1 | Jeffrey | Mantrel | Payton | Case number (if known) 22-50997 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**X** _/s/ Tiffany Smith_     Date 07/18/2025
Signature

| Print: | Tiffany | | Smith | Title | Bankruptcy Analyst |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company    Trustmark Bank

Address    P. O. Box 522
           Number    Street

           Jackson              MS      39205
           City                 State   ZIP Code

Contact phone  601-208-4489              Email _____

```
ANALYSIS/REVIEW - PROJECTION STATEMENT  376    7/18/2025  10:46:07 AM ET    PFSP342
Account No [          ]       Statement Type        ANNUAL         Date      07/15/25
                              BKR    POC ESC SHORT           1574.19

                              Analysis Based On
Anticipated Disbursements       7269.89      CP Index Factor              0.00 %
Ideal Escrow Payment             605.82      Cushion      C-1/6           1211.64
Cycle             09/01/25 - 08/31/26        RESPA Max 1/6 Cushion        1211.64
Analysis Parameter Review       [No ▼]       Loan Status Review           [No ▼]
Anticipated Escrow Balance Detail [No ▼]     Current PITI                 1223.08
                                             PMI Termination Date         00/00/00
                                 Results
Lowpoint Month: 06/26      Anticipated Bal      2288.48    Required Bal    1211.64
             UNCOL LC       .00 REF     .00
Current Escrow Shortage          0.00        Percentage of Change         22.5835 %
EA Shortage Spread Used          0           View Trial Balance Detail    [No ▼]
     ---- OLD ----    ------ PAYMENT DETAIL ------   --- NEW EFF 09/01/25 -
          728.87      PRINCIPAL & INTEREST            728.87
          494.21      ESCROW                          605.82
            .00       OPTIONAL INS                      .00
            .00       ANCILLARY                         .00
            .00       SHORTAGE                          .00
            .00       DEFICIENCY                        .00
            .00       SURPLUS                           .00
            .00       ROUNDING   (+/ -)                 .00
            .00       BUYDOWN/ASST PMT                  .00
         1223.08      TOTAL BORROWER PAYMENT         1334.69

Message:                              OK                                   MORE...
```

**ANALYSIS/REVIEW - PROJECTION STATEMENT**   376     7/18/2025  10:47:02 AM ET   PFSP344

```
+---------------------------Trial   Balance  Detail  ---------------------------+
|  -- To  Escrow  --           -- From  Escrow  --       ---- Escrow  Balance ----  |
|  Month     Antciptd   Cpindex   Antciptd       Desc        ANTCIPTD     Required  |
|                       STARTING BALANCE =>        3500.17    2423.33               |
|  09/25     605.82      .00        .00                      4105.99      3029.15   |
|  10/25     605.82      .00        .00                      4711.81      3634.97   |
|  11/25     605.82      .00        .00                      5317.63      4240.79   |
|  12/25     605.82      .00      2464.89       COUNTY       3458.56      2381.72   |
|  01/26     605.82      .00        .00                      4064.38      2987.54   |
|  02/26     605.82      .00        .00                      4670.20      3593.36   |
|  03/26     605.82      .00        .00                      5276.02      4199.18   |
|  04/26     605.82      .00        .00                      5881.84      4805.00   |
|  05/26     605.82      .00        .00                      6487.66      5410.82   |
|  06/26     605.82      .00      4805.00       HAZARD       2288.48      1211.64   |
|  07/26     605.82      .00        .00                      2894.30      1817.46   |
|  08/26     605.82      .00        .00                      3500.12      2423.28   |
|                                                                                   |
|                                                                                   |
+-----------------------------------------------------------------------------------+
```

Message:   CLICK RETURN TO EXIT                          OK                                   BOTTOM

## CERTIFICATE OF SERVICE

I, Tiffany Smith, do herby certify that I have on this 18th day of July, 2025 transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above Notice and a copy of the Notice of Mortgage Payment Change to the Case Trustee, Debtor(s),

**David Rawlings**
ecfnotices@rawlings13.net

Tiffany Smith
P.O. Box 522
Jackson, MS 39205

**Jeffrey Mantrel Payton**
**Migonna Victoria Payton**
8 Village Park Dr.
Laurel, MS 39443

**Jennifer A Curry Calvillo**
jennifer@therollinsfirm.com