IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: Jeffrey Mantrel Payton                                           Case No. 22-50997-KMS
       Migonna Victoria Payton, Debtors                                         CHAPTER 13

**MOTION FOR AUTHORITY TO REMIT INSURANCE REFUND**

Come now, the Debtors, by and through undersigned counsel, and respectfully move this Court for an Order authorizing the Debtor to remit an insurance refund directly to the mortgage creditor, Trustmark National Bank, outside the Chapter 13 Plan, and in support thereof states as follows:

1. Debtors commenced this case on August 31, 2022, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. The Debtors' confirmed Chapter 13 Plan provides for the maintenance of ongoing mortgage and escrow payments to Trustmark National Bank through the Chapter 13 Trustee.
3. The Debtors recently received a refund in the amount of $1,451.00 from Foremost Insurance related to escrowed property insurance premiums on the mortgaged property located at 8 Village Park Drive, Laurel, Mississippi 39443.
4. The refund was issued directly to the Debtors rather than to the mortgage company or the Chapter 13 Trustee.
5. Debtors seek the Court's authority to remit the insurance refund directly to Trustmark National Bank outside the Chapter 13 Plan, for application to the escrow account.

WHEREFORE, the Debtors requests that this Honorable Court enter an Order authorizing the Debtors to remit an insurance refund directly to the mortgage creditor outside the Chapter 13 Plan.

Respectfully Submitted,

Date: October 2, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer Ann Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            P.O. Box 13767
                                            Jackson, MS 39236

CERTIFICATE OF SERVICE

  I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion was forwarded on October 2, 2025, to:

By USPS First Class Mail, Postage Prepaid:

  Trustmark National Bank
  c/o President/CEO
  P.O. Box 1928
  Brandon, MS 39043

By Electronic CM/ECF Notice:

  Chapter 13 Case Trustee

  U.S. Trustee

            /s/ Thomas C. Rollins, Jr.
            Thomas C. Rollins, Jr.