# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jeffrey Mantrel Payton                                                  Case No. 22-50997-KMS
         Migonna Victoria Payton, Debtors                                        CHAPTER 13

## NOTICE

The undersigned counsel for Debtors has filed papers with the court seeking authority to remit an insurance refund directly to the mortgage company.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the Debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the remittance of the insurance refund to the mortgage company.

Date: October 2, 2025                        Signature:   /s/ Thomas C. Rollins, Jr.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jeffrey Mantrel Payton                               Case No. 22-50997-KMS
         Migonna Victoria Payton, Debtors                     CHAPTER 13

### MOTION FOR AUTHORITY TO REMIT INSURANCE REFUND

Come now, the Debtors, by and through undersigned counsel, and respectfully move this Court for an Order authorizing the Debtor to remit an insurance refund directly to the mortgage creditor, Trustmark National Bank, outside the Chapter 13 Plan, and in support thereof states as follows:

1. Debtors commenced this case on August 31, 2022, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. The Debtors' confirmed Chapter 13 Plan provides for the maintenance of ongoing mortgage and escrow payments to Trustmark National Bank through the Chapter 13 Trustee.
3. The Debtors recently received a refund in the amount of $1,451.00 from Foremost Insurance related to escrowed property insurance premiums on the mortgaged property located at 8 Village Park Drive, Laurel, Mississippi 39443.
4. The refund was issued directly to the Debtors rather than to the mortgage company or the Chapter 13 Trustee.
5. Debtors seek the Court's authority to remit the insurance refund directly to Trustmark National Bank outside the Chapter 13 Plan, for application to the escrow account.

WHEREFORE, the Debtors requests that this Honorable Court enter an Order authorizing the Debtors to remit an insurance refund directly to the mortgage creditor outside the Chapter 13 Plan.

Respectfully Submitted,

Date: October 2, 2025        Signature:   /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                          Jennifer Ann Curry Calvillo (MSBN 104367)
                                          The Rollins Law Firm, PLLC
                                          P.O. Box 13767
                                          Jackson, MS 39236

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion was forwarded on October 2, 2025, to:

By USPS First Class Mail, Postage Prepaid:

Trustmark National Bank
c/o President/CEO
P.O. Box 1928
Brandon, MS 39043

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.