

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 28, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jeffrey Mantrel Payton                                     Case No. 22-50997-KMS
         Migonna Victoria Payton, Debtors                           CHAPTER 13

### ORDER GRANTING FOR AUTHORITY TO REMIT INSURANCE REFUND

THIS CAUSE having come on this date on the Debtor's Motion for Authority to Remit Insurance Refund (DK # 64 ), the Court, having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion for Authority to Remit Insurance Refund is granted.  Debtors are authorized to remit the insurance refund from Foremost Insurance in the amount of $1,451.00 directly to Trustmark National Bank outside the Chapter 13 Plan, for application to the escrow account. This Order binds those creditors and parties in interest that have been properly served.

##END OF ORDER##

Submitted by:

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236