Fill in this information to identify the case:

Debtor 1: Jeffrey Mantrel Payton

Debtor 2 (Spouse, if filing): Migonna Victoria Payton

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: 22-50997

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Trustmark Bank

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 3 1 5 5

**Date of payment change:**
Must be at least 21 days after date of this notice: 01/01/2026

**New total payment:** $ 1,334.69
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 605.82    New escrow payment: $ 605.82

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor 1 __Jeffrey__ __Mantrel__ __Payton__
            First Name    Middle Name    Last Name

Case number (if known) __22-50997__

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**X** _/s/ Tiffany Smith_      Date __11/21/2025__
Signature

Print: __Tiffany__      __Smith__      Title __Bankruptcy Analyst__
     First Name    Middle Name    Last Name

Company __Trustmark Bank__

Address __P. O. Box 522__
     Number    Street

__Jackson__    __MS__    __39205__
City    State    ZIP Code

Contact phone __601-208-4489__      Email _____

**ANALYSIS/REVIEW - PROJECTION STATEMENT**    376    11/21/2025 3:45:10 PM ET    PFSP342

| | | | |
|---|---|---|---|
| Account No _____ | Statement: Type    ANNUAL | Date | 11/17/25 |
| | BKR    POC ESC SHORT | 1574.19 | |

### Analysis Based On

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 7269.89 | CP Index Factor | 0.00 % |
| Ideal Escrow Payment | 605.82 | Cushion    C-1/6 | 1211.64 |
| Cycle    01/01/26 - 12/31/26 | | RESPA Max 1/6 Cushion | 1211.64 |
| Analysis Parameter Review | No ▼ | Loan Status Review | No ▼ |
| Anticipated Escrow Balance Detail | No ▼ | Current PITI | 1334.69 |
| | | PMI Termination Date | 00/00/00 |

### Results

| | | | |
|---|---|---|---|
| Lowpoint Month: 06/26 | Anticipated Bal    3739.48 | Required Bal | 1211.64 |
| UNCOL LC | .00 REF | | |
| Current Escrow Shortage | 0.00 | Percentage of Change | 0.0000 % |
| EA Shortage Spread Used | 0 | View Trial Balance Detail | No ▼ |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 01/01/26 - |
|---|---|---|
| 728.87 | PRINCIPAL & INTEREST | 728.87 |
| 605.82 | ESCROW | 605.82 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | .00 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING    (+/ -) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| .00 | PS MOPR AMT | .00 |
| 1334.69 | TOTAL BORROWER PAYMENT | 1334.69 |

Message:                                                        OK                                                    MORE...

```
ANALYSIS/REVIEW - PROJECTION STATEMENT   376    11/21/2025 3:45:52 PM ET    PFSP344

+--------------------------Trial    Balance   Detail  ------------------------------+
|  -- To  Escrow  --              -- From  Escrow  --       ---- Escrow  Balance ---- |
|  Month    Antciptd    Cpindex    Antciptd       Desc        ANTCIPTD      Required  |
|                         STARTING BALANCE =>      4909.56    2381.72                 |
|  01/26    605.82        .00       .00                       5515.38      2987.54 |
|  02/26    605.82        .00       .00                       6121.20      3593.36 |
|  03/26    605.82        .00       .00                       6727.02      4199.18 |
|  04/26    605.82        .00       .00                       7332.84      4805.00 |
|  05/26    605.82        .00       .00                       7938.66      5410.82 |
|  06/26    605.82        .00     4805.00      HAZARD         3739.48      1211.64 |
|  07/26    605.82        .00       .00                       4345.30      1817.46 |
|  08/26    605.82        .00       .00                       4951.12      2423.28 |
|  09/26    605.82        .00       .00                       5556.94      3029.10 |
|  10/26    605.82        .00       .00                       6162.76      3634.92 |
|  11/26    605.82        .00       .00                       6768.58      4240.74 |
|  12/26    605.82        .00     2464.89      COUNTY         4909.51      2381.67 |
|                                                                                    |
|                                                                                    |
+------------------------------------------------------------------------------------+

Message:   CLICK RETURN TO EXIT                    OK                         BOTTOM
```

## CERTIFICATE OF SERVICE

I, Tiffany Smith, do herby certify that I have on this 21st day of November, 2025 transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above Notice and a copy of the Notice of Mortgage Payment Change to the Case Trustee, Debtor(s),

David Rawlings
ecfnotices@rawlings13.net

/s/ Tiffany Smith
Tiffany Smith
P.O. Box 522
Jackson, MS 39205

**Jeffrey Mantrel Payton**
**Migonna Victoria Payton**
8 Village Park Dr.
Laurel, MS 39443

**Jennifer A Curry Calvillo**
 jennifer@therollinsfirm.com